# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-02604-SEG**
**Cain et al v. CGM, L.L.C.**
**Honorable J. Elizabeth McBath**

Minute Sheet for proceedings held In Open Court on 12/19/2023.

TIME COURT COMMENCED: 10:08 A.M.
TIME COURT CONCLUDED: 5:00 P.M.      TAPE NUMBER: Zoom
TIME IN COURT: 06:52                 DEPUTY CLERK: Neethu Varghese
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
- Richard Haggerty representing CGM, L.L.C.
- Amanda Harvey representing CGM, L.L.C.
- Andrew Tate representing Brandon Guerra
- Andrew Tate representing Charles Williams
- Andrew Tate representing Christina Cain
- Andrew Tate representing Darron Danna
- Andrew Tate representing Joshua Wolf
- Andrew Tate representing Kim White
- Andrew Tate representing Stephanie R. Youngblood
- Amina Thomas representing Brandon Guerra
- Amina Thomas representing Charles Williams
- Amina Thomas representing Christina Cain
- Amina Thomas representing Darron Danna
- Amina Thomas representing Joshua Wolf
- Amina Thomas representing Kim White
- Amina Thomas representing Stephanie R. Youngblood
- Lynn Toops representing Joshua Wolf
- Brandon Wise representing Christina Cain

OTHER(S) PRESENT:
- Christina Cain, Plaintiff
- Chuck Campbell on behalf of Defendant
- Laura Breitenbach on behalf of Defendant
- Kevin Murphy on behalf of Defendant

PROCEEDING CATEGORY: Settlement Conference;

MINUTE TEXT: The parties participated in a settlement conference. The mediation is held open until January 10, 2024 for parties to continue working towards settlement.