RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 01 2024

KEVIN P WEIMER, Clerk
By: Emily Rox___ Deputy Clerk

To: Clerk of Court,

Richard B Russel Federal Building & US Courthouse,

Suite 2211

75 Ted Turner Dr. SW, Atlanta Georgia, 30303

Case 1:23-cv-02604-SEG

From: Trevor Jackson,

1006 E 28th St., Los Angeles, CA, 90011

Apt 503

(213)-551-5246

I, Trevor Jackson, object to the proposed settlement in case 1:23-cv-02604-SEG, Cain et al. v. CGM L.L.C.. d/b/a CGM, INC, as I believe the maximum damages are insufficient to my experiences, as explained in the following documents

Signature _____ Date 2024/06/27

> Objection:
>
> This statement of objection should not be interpreted as a desire to opt out of the settlement, however as a result of my personal data being exfiltrated, I was exposed to bad actors, causing grievous harm to myself and my family.
>
> The enclosed screenshots show webpages loading with the incorrect title, which is realistically possible only if the page's HTML source code has been modified by an MITM attacker. Furthermore, my phone had never been connected to wifi or Bluetooth prior to the taking of the screenshots, therefore, the only way for an attacker to get in the middle of my communications was to infiltrate my wireless network protected by CGM. Furthermore, to prevent exactly this kind of simjacking attack, I had only ever given a disposable VOIP phone number to any persons, and had never revealed by permanent carrier-based phone number to anyone. Therefore the only realistic way the bad actors could have obtained the information to hijack my SIM card to corrupt HTML files was through the data incident experienced by CGM inc.
>
> The bad actors used the data exfiltrated from CGM inc to continue to subject me to a, hate-based, stalking, harassment, and intimidation campaign with politically extremist motivations.
>
> When I was hospitalized in December 2023 for a suicide attempt, I made statements to the police, to my family, and to staff at the facility that it was specifically because of the insecurity of my phone, and in particular, my interlocutor leaking sensitive information to the bad actors in question by stating it on a phone call. There is no way his saying that information on a phone call could have made me suicidal except for the data incident experienced by CGM causing my data to exfiltrated by bad actors which caused them them to corrupt HTML files on my phone which caused me to notice, which caused me immediately to take screenshots and in December of 2023 to attempt suicide and be hospitalized.
>
> In light of the evidence, the only physically and technologically sound interpretation of these matters is that CGM's data incident was responsible for my suicide attempt and hospitalization of December 2023. As such, it would be very inappropriate for this settlement to cap out at $4,000, when I have suffered much more damages than that.
>









Trevor Jackson
1006 E 28th St., Apt 503
Los Angeles, CA, 90011

LOS ANGELES CA 900
27 JUN 2024 PM 11 L

Clerk of Court,
Richard B Russel Federal Building & US Courthouse
75 Ted Turner Dr. SW, Atlanta, Georgia 30303
Suite 2211
Case 1:23-cv-02604-SEG

CLEARED DATE
JUL 01 2024
U.S. Marshals Service
Atlanta, GA 30303