UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTINA CAIN, DARRON DANNA, STEPHANIE YOUNGBLOOD, JOSHUA WOLF, KIM WHITE, BRANDON GUERRA, and CHARLES WILLIAMS, on behalf of themselves, and all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>CGM, L.L.C. d/b/a CGM, INC.,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:23-CV-2604-SEG |

**O R D E R**

Defendant CGM, LLC ("CGM") is a telecommunications company whose clients are wireless and broadband companies. In December 2022, CGM became aware of suspicious activity on its computer system and determined that its files and network had been breached by an unauthorized entity. This breach potentially compromised the personal information of individuals who were customers of CGM's clients.  This personal information included those individuals' names, Social Security numbers, driver's license numbers, and state identification numbers.

Plaintiffs filed seven separate actions alleging that CGM failed to properly secure and safeguard their personal information during the data breach. The Court consolidated the cases into the instant action on August 22, 2023. (Doc. 25.) Plaintiffs subsequently filed a consolidated class action complaint (Doc. 29), and on October 27, 2023, CGM moved to dismiss the consolidated complaint (Doc. 43).

On December 19, 2023, the parties engaged in mediation. (Doc. 47.) And on January 10, 2024, they notified the Court that they reached a settlement. (Doc. 49.) The final approval hearing on the proposed class action settlement is scheduled for August 26, 2024. *See* Docket Entry dated April 30, 2024.

In light of the pending settlement, the Court DENIES WITHOUT PREJUDICE CGM's motion to dismiss. (Doc. 43.) Should the settlement not be approved, Defendant may renew its motion.

**SO ORDERED** this 1st day of August, 2024.

SARAH E. GERAGHTY
United States District Judge

2