THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTINA CAIN, DARRON DANNA, STEPHANIE YOUNGBLOOD, JOSHUA WOLF, KIM WHITE, BRANDON GUERRA, and CHARLES WILLIAMS, on behalf of themselves, and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CGM, L.L.C. d/b/a CGM, INC., <br><br> *Defendant*. | Case No.: 1:23-cv-02604-SEG |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Christina Cain, Darron Danna, Stephanie Youngblood, Joshua Wolf, Kim White, Brandon Guerra, and Charles Williams, individually and on behalf of all others similarly situated ("Plaintiffs") hereby move this Court for Final Approval of the class action settlement preliminarily approved by this Court on April 26, 2024. Plaintiffs respectfully request that this Court:

a. Grant final certification of the Settlement Class, appoint Plaintiffs Christina Cain, Darron Danna, Stephanie Youngblood, Joshua Wolf, Kim White, Brandon Guerra, and Charles Williams as Class Representatives and appoint

Lynn Toops of Cohen & Malad LLP and Brandon Wise of Peiffer Wolf Carr Kane Conway & Wise LLP, as Class Counsel;

b. Approve the requested attorneys' fees and expenses in the amounts of $500,000;

c. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

d. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

e. Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and

f. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the Supporting Memorandum filed herewith; the Settlement Administrator Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC ("Kroll" or "Settlement Administrator") in Support of Final Approval filed herewith; the Joint Declaration of Brandon Wise in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement filed herewith; the Settlement Agreement entered into between the parties at Dkt. 56-2; the Notices, as amended, issued to the Class at Dkt. 59; Plaintiffs' Motion for Preliminary Approval

of Class Action Settlement, Supporting Memorandum, Supporting Declaration, and Copies of Georgia State Court Cases at ECF 56, 56-1, 56-3 & 56-4; Plaintiffs' Motion for Approval of Attorneys' Fees and Expenses and accompanying documents at Dkt. 62; and Plaintiffs' Motion for Approval of Service Awards and accompanying documents at Dkt. 63; all other pleadings and papers on file in this action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for August 26, 2024. Wherefore, premises considered, Plaintiffs request that this Court grant this motion and grant the motions for attorneys' fees, costs, and service awards (Dkts. 62 & 63).

Dated: August 12, 2024.                    Respectfully Submitted,

*/s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580*
**PEIFFER WOLF**
**CARR KANE CONWAY & WISE, LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Telephone: 314-833-4825
Email: bwise@peifferwolf.com

*/s/ Andrew R. Tate*
Andrew R. Tate – GA Bar # 518068
**PEIFFER WOLF**
**CARR KANE CONWAY & WISE, LLP**
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
Telephone: (404) 282-4806
Email: atate@peifferwolf.com

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Ph: (317) 636-6481
Email: ltoops@cohenandmalad.com
Email: athomas@cohenandmalad.com

*Interim Co-Lead Class Counsel*

* *Pro Hac Vice* Granted.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2024, I caused a true and correct copy of the foregoing motion to be filed with the Clerk of the Court via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matter.

PEIFFER WOLF CARR KANE
CONWAY & WISE

By: */s/ Brandon M. Wise*

*Counsel for Plaintiff and the Proposed Class*